IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LONNIE GILLILAND, *et al.* <br> On behalf of themselves and <br> all others similarly situated <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARLES COUNTY PUBLIC SCHOOL <br> BOARD, *et al.* <br><br> *Defendants*. | * <br> * <br> *    CIVIL ACTION NO.: JFM-11-3073 <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO ACT AS PLAINTIFF

Pursuant to 29 U.S.C. §216(b), I consent to act as a plaintiff in this case, both on behalf of myself and on behalf of all persons similarly situated. I hereby authorize the filing and prosecution of the lawsuit in my name and on my behalf by the above representative Plaintiff(s) and designate the class representative(s), as applicable, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Dated: 5-25-2012  Plaintiff (signature): *[signature]*

Plaintiff (print): PATRICIA BAUMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LONNIE GILLILAND, et al. On behalf of themselves and all others similarly situated<br><br>*Plaintiffs,*<br><br>v.<br><br>THE BOARD OF EDUCATION OF CHARLES COUNTY, et al.<br><br>*Defendants.* | *<br>*<br>*<br>*   CIVIL ACTION NO.: JFM-11-3073<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO ACT AS PLAINTIFF

Pursuant to 29 U.S.C. §216(b), I consent to act as a plaintiff in this case, both on behalf of myself and on behalf of all persons similarly situated. I hereby authorize the filing and prosecution of the lawsuit in my name and on my behalf by the above representative Plaintiff(s) and designate the class representative(s), as applicable, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Dated: 06/01/2012      Plaintiff (signature): *Ray A. Savoy Sr.*

Plaintiff (print): Ray A. Savoy Sr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LONNIE GILLILAND, *et al.* <br> On behalf of themselves and <br> all others similarly situated <br><br> *Plaintiffs*, <br><br> v. <br><br> THE BOARD OF EDUCATION OF <br> CHARLES COUNTY, *et al.* <br><br> *Defendants*. | * <br> * <br> *    CIVIL ACTION NO.: JFM-11-3073 <br> * <br> * <br> * <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO ACT AS PLAINTIFF**

Pursuant to 29 U.S.C. §216(b), I consent to act as a plaintiff in this case, both on behalf of myself and on behalf of all persons similarly situated. I hereby authorize the filing and prosecution of the lawsuit in my name and on my behalf by the above representative Plaintiff(s) and designate the class representative(s), as applicable, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Dated: 6/11/2012   Plaintiff (signature): *James Thompson*

Plaintiff (print): James Thompson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LONNIE GILLILAND, *et al.* <br> On behalf of themselves and <br> all others similarly situated <br><br> *Plaintiffs,* <br><br> v. <br><br> THE BOARD OF EDUCATION OF <br> CHARLES COUNTY, *et al.* <br><br> *Defendants.* | * <br> * <br> *    CIVIL ACTION NO.: JFM-11-3073 <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO ACT AS PLAINTIFF

Pursuant to 29 U.S.C. §216(b), I consent to act as a plaintiff in this case, both on behalf of myself and on behalf of all persons similarly situated. I hereby authorize the filing and prosecution of the lawsuit in my name and on my behalf by the above representative Plaintiff(s) and designate the class representative(s), as applicable, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Dated: June 11, 2012     Plaintiff (signature): *Chanda R. Adams*
                                                 Plaintiff (print): Chanda R. Adams

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LONNIE GILLILAND, *et al.* <br> On behalf of themselves and <br> all others similarly situated <br><br> *Plaintiffs,* <br><br> v. <br><br> THE BOARD OF EDUCATION OF <br> CHARLES COUNTY, *et al.* <br><br> *Defendants.* | * <br> * <br> *    CIVIL ACTION NO.: JFM-11-3073 <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT TO ACT AS PLAINTIFF**

Pursuant to 29 U.S.C. §216(b), I consent to act as a plaintiff in this case, both on behalf of myself and on behalf of all persons similarly situated. I hereby authorize the filing and prosecution of the lawsuit in my name and on my behalf by the above representative Plaintiff(s) and designate the class representative(s), as applicable, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Dated: 6/11/12

Plaintiff (signature): *[signature]*

Plaintiff (print): DAneen Michele [Ramos?]

Bus # 21.